# **Exhibit B**





John C. Gentile
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801-6101
Direct Dial: 302.442.7063
Fax: 302.442.7012
jgentile@beneschlaw.com

December 22, 2022

**Via FedEx Overnight and E-Mail**
Artistic Holiday Designs, LLC
4417 SE 16th PL Unit 13
Cape Coral, FL 33904
Attn: Derek Norwood
DerekN@artisticholidaydesigns.com

**Via FedEx Overnight**
Corporation Service Company
c/o Artistic Holiday Designs, LLC
1201 Hays Street
Tallahassee, FL 32301

RE: **OL USA, LLC and TZL LLC v. ARTISTIC HOLIDAY DESIGNS, LLC; AMOUNT DUE: $1,179,150.37**

Dear Mr. Norwood:

Please be advised that we represent OL USA LLC and TZL, LLC (together, "OL") in connection with the monies owed to it by Artistic Holiday Designs, LLC ("AHDL"). OL and AHDL may be referred individually as "Party" or collectively as "Parties." All future correspondence and communications regarding this matter should be directed to our office.

As you are aware, AHDL engaged OL to facilitate and arrange for the performance of certain logistics and transportation services (the "Services"). AHDL purchased the Services and OL performed the Services for which OL remitted invoices to AHDL that remain due and owing. AHDL now has a significant outstanding balance that is owed to OL for the Services, as evidenced by the enclosed Invoice Summaries. As of December 20, 2022, AHDL owes OL not less than $1,179, 150.37 (the "Arrears").

OL's right to collect the Arrears is grounded in contract and common law, including maritime law. AHDL accepted responsibility for the payment of all applicable rates and charges for the Services. By this letter, OL has put AHDL private equity sponsor, MEP Capital Management LLC, on notice of the Arrears due and owing.

**DEMAND** is hereby made for immediate payment of the Arrears, which shall be made payable to OL by wire as follows:

Account Name: OL USA LLC
Bank Name: Santander Bank
Address: 601 Penn Street, Reading PA,19601
Routing No. 231-372-691
Account No. 9998-55-4535; SWIFT Address: SVRNUS33

Artistic Holiday Designs, LLC
December 22, 2022
Page 2

OL has been extraordinarily patient in bearing the financial impact of the Arrears during its efforts to amicably resolve this dispute with you.  As a result, and in the event that the Arrears are not paid in full on or before **December 30, 2022**, OL will take all measures necessary to recover the Arrears from AHDL, together with all costs of collection incurred, including, without limitation, pre-judgment interest, post-judgment interest, and attorneys' fees.

OL hereby expressly reserves all rights and waives none.

Should you have any questions, please have your counsel contact me.

                                              BENESCH, FRIEDLANDER,
                                                COPLAN & ARONOFF LLP

                                                 John C. Gentile

Enc.

cc:    Kevin M. Capuzzi, Esq.
        Alan Baer
        Angel Espinoza
        Dave Bermele
        MEP Capital Management LLC (via FedEx)
        Samantha Burkus (via e-mail)

| Customer ID | Customer Name | Invoice | Invoice Date | Due Date | Txn Currency | Days aged | Total |
|---|---|---|---|---|---|---|---|
| C-06413 | ARTISTIC HOLIDAY DESIGNS | TZLX210394-10299 | 10/13/2021 | 10/13/2021 | USD | 435 | 195.00 |
| | | TZLM220048B | 9/7/2022 | 9/20/2022 | USD | 106 | 13,046.25 |
| | | TZLM220045 | 9/12/2022 | 9/19/2022 | USD | 101 | 13,059.67 |
| | | TZLM220047 | 9/12/2022 | 9/19/2022 | USD | 101 | 38,932.72 |
| | | TZLM220044 | 9/12/2022 | 9/19/2022 | USD | 101 | 25,899.14 |
| | | TZLM220044A | 9/19/2022 | 9/19/2022 | USD | 94 | 450.00 |
| | | TZLM220061 | 9/21/2022 | 10/12/2022 | USD | 92 | 26,009.49 |
| | | TZLM220055 | 9/26/2022 | 10/2/2022 | USD | 87 | 23,044.98 |
| | | TZLM220064 | 10/24/2022 | 10/24/2022 | USD | 59 | 39,332.78 |
| | | TZLM220067 | 10/24/2022 | 10/24/2022 | USD | 59 | 38,669.46 |
| | | TZLM220071 | 10/25/2022 | 11/4/2022 | USD | 58 | 83,556.13 |
| | | TZLM220073 | 10/26/2022 | 11/4/2022 | USD | 57 | 64,652.51 |
| | | TZLM220074 | 10/31/2022 | 11/8/2022 | USD | 52 | 26,065.80 |
| | | TZLM220056B | 10/31/2022 | 11/7/2022 | USD | 52 | 12,747.28 |
| | | TZLM220049B | 11/15/2022 | 11/15/2022 | USD | 37 | 76,976.66 |
| | | | | | | | 482,637.87 |

| Customer ID | Customer Name | Invoice | Invoice Date | Due Date | Txn Currency | Days aged | Total |
|---|---|---|---|---|---|---|---|
| C-06413 | ARTISTIC HOLIDAY DESIGNS | 21949 | 9/12/2022 | 9/30/2022 | USD | 101 | 1,880.00 |
| | | 21993 | 9/23/2022 | 10/15/2022 | USD | 90 | 1,880.00 |
| | | 21947 | 9/26/2022 | 10/1/2022 | USD | 87 | 1,880.00 |
| | | 22108 | 9/26/2022 | 10/21/2022 | USD | 87 | 1,880.00 |
| | | 22166 | 9/26/2022 | 10/16/2022 | USD | 87 | 1,880.00 |
| | | 21972 | 9/29/2022 | 10/26/2022 | USD | 84 | 1,880.00 |
| | | 22328 | 9/29/2022 | 10/28/2022 | USD | 84 | 795.00 |
| | | 22303 | 9/29/2022 | 10/28/2022 | USD | 84 | 1,625.00 |
| | | 21764 | 9/30/2022 | 9/11/2022 | USD | 83 | 7,292.50 |
| | | 21970 | 9/30/2022 | 10/26/2022 | USD | 83 | 2,080.00 |
| | | 22293 | 9/30/2022 | 10/24/2022 | USD | 83 | 3,895.00 |
| | | 22045 | 10/4/2022 | 10/23/2022 | USD | 79 | 500.00 |
| | | 21950 | 10/10/2022 | 10/6/2022 | USD | 73 | 2,475.00 |
| | | 21900 | 10/12/2022 | 9/17/2022 | USD | 71 | 8,303.00 |
| | | 21910 | 10/12/2022 | 9/23/2022 | USD | 71 | 8,302.00 |
| | | 21943 | 10/12/2022 | 9/30/2022 | USD | 71 | 7,305.00 |
| | | 22107 | 10/12/2022 | 10/21/2022 | USD | 71 | 1,880.00 |
| | | 21971 | 10/14/2022 | 10/26/2022 | USD | 69 | 1,880.00 |
| | | 21973 | 10/14/2022 | 10/27/2022 | USD | 69 | 1,880.00 |
| | | 21975 | 10/14/2022 | 10/26/2022 | USD | 69 | 1,880.00 |
| | | 22444 | 10/14/2022 | 11/5/2022 | USD | 69 | 750.00 |
| | | 22472 | 10/14/2022 | 11/7/2022 | USD | 69 | 950.00 |
| | | 22521 | 10/14/2022 | 11/12/2022 | USD | 69 | 950.00 |
| | | 22397 | 10/14/2022 | 11/2/2022 | USD | 69 | 2,195.00 |
| | | 22439 | 10/14/2022 | 11/5/2022 | USD | 69 | 750.00 |
| | | 22465 | 10/14/2022 | 11/7/2022 | USD | 69 | 1,385.00 |
| | | 22466 | 10/14/2022 | 11/7/2022 | USD | 69 | 2,850.00 |
| | | 22483 | 10/14/2022 | 11/10/2022 | USD | 69 | 900.00 |
| | | 22484 | 10/14/2022 | 11/10/2022 | USD | 69 | 1,250.00 |
| | | 22485 | 10/14/2022 | 11/10/2022 | USD | 69 | 1,550.00 |
| | | 22490 | 10/14/2022 | 11/10/2022 | USD | 69 | 1,350.00 |
| | | 22499 | 10/17/2022 | 11/11/2022 | USD | 66 | 950.00 |
| | | 22500 | 10/17/2022 | 11/11/2022 | USD | 66 | 950.00 |
| | | 22396 | 10/19/2022 | 11/3/2022 | USD | 64 | 1,880.00 |
| | | 22431 | 10/19/2022 | 11/9/2022 | USD | 64 | 1,880.00 |
| | | 22474 | 10/19/2022 | 11/9/2022 | USD | 64 | 1,695.00 |
| | | 22435 | 10/19/2022 | 11/9/2022 | USD | 64 | 1,880.00 |
| | | 22513 | 10/19/2022 | 11/12/2022 | USD | 64 | 1,650.00 |
| | | 22520 | 10/19/2022 | 11/12/2022 | USD | 64 | 950.00 |
| | | 22546 | 10/19/2022 | 11/13/2022 | USD | 64 | 950.00 |
| | | 22549 | 10/19/2022 | 11/13/2022 | USD | 64 | 995.00 |
| | | 22559 | 10/19/2022 | 11/16/2022 | USD | 64 | 1,350.00 |
| | | 22560 | 10/19/2022 | 11/16/2022 | USD | 64 | 1,350.00 |
| | | 22561 | 10/19/2022 | 11/17/2022 | USD | 64 | 1,450.00 |
| | | 22609 | 10/19/2022 | 11/16/2022 | USD | 64 | 950.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 22626 | | 10/19/2022 | 11/17/2022 | USD | 64 | **1,150.00** |
| | | 22628 | | 10/19/2022 | 11/17/2022 | USD | 64 | **1,150.00** |
| | | 22648 | | 10/19/2022 | 11/17/2022 | USD | 64 | **1,050.00** |
| | | 22501 | | 10/19/2022 | 11/11/2022 | USD | 64 | **1,350.00** |
| | | 22545 | | 10/20/2022 | 11/13/2022 | USD | 63 | **1,100.00** |
| | | 22547 | | 10/20/2022 | 11/13/2022 | USD | 63 | **1,100.00** |
| | | 22541 | | 10/20/2022 | 11/13/2022 | USD | 63 | **1,450.00** |
| | | 22570 | | 10/20/2022 | 11/14/2022 | USD | 63 | **950.00** |
| | | 22607 | | 10/20/2022 | 11/16/2022 | USD | 63 | **950.00** |
| | | 22608 | | 10/20/2022 | 11/16/2022 | USD | 63 | **950.00** |
| | | 22610 | | 10/20/2022 | 11/16/2022 | USD | 63 | **950.00** |
| | | 22625 | | 10/20/2022 | 11/16/2022 | USD | 63 | **1,150.00** |
| | | 22666 | | 10/20/2022 | 11/18/2022 | USD | 63 | **1,150.00** |
| | | 22469 | | 10/20/2022 | 11/9/2022 | USD | 63 | **950.00** |
| | | 22470 | | 10/20/2022 | 11/9/2022 | USD | 63 | **950.00** |
| | | 22481 | | 10/20/2022 | 11/10/2022 | USD | 63 | **950.00** |
| | | 22480 | | 10/20/2022 | 11/10/2022 | USD | 63 | **950.00** |
| | | 22318 | | 10/24/2022 | 10/29/2022 | USD | 59 | **1,900.00** |
| | | 22432 | | 10/24/2022 | 11/6/2022 | USD | 59 | **1,880.00** |
| | | 22563 | | 10/24/2022 | 11/18/2022 | USD | 59 | **1,450.00** |
| | | 22564 | | 10/24/2022 | 11/18/2022 | USD | 59 | **1,350.00** |
| | | 22565 | | 10/24/2022 | 11/19/2022 | USD | 59 | **1,350.00** |
| | | 22566 | | 10/24/2022 | 11/19/2022 | USD | 59 | **1,425.00** |
| | | 22617 | | 10/24/2022 | 11/16/2022 | USD | 59 | **1,880.00** |
| | | 22636 | | 10/24/2022 | 11/23/2022 | USD | 59 | **1,350.00** |
| | | 22667 | | 10/24/2022 | 11/19/2022 | USD | 59 | **1,350.00** |
| | | 22669 | | 10/24/2022 | 11/18/2022 | USD | 59 | **3,985.00** |
| | | 22685 | | 10/24/2022 | 11/18/2022 | USD | 59 | **950.00** |
| | | 22689 | | 10/24/2022 | 11/19/2022 | USD | 59 | **1,350.00** |
| | | 22693 | | 10/24/2022 | 11/20/2022 | USD | 59 | **1,350.00** |
| | | 22720 | | 10/24/2022 | 11/21/2022 | USD | 59 | **2,985.00** |
| | | 22694 | | 10/25/2022 | 11/21/2022 | USD | 58 | **1,350.00** |
| | | 22697 | | 10/25/2022 | 11/21/2022 | USD | 58 | **1,350.00** |
| | | 22717 | | 10/25/2022 | 11/21/2022 | USD | 58 | **2,250.00** |
| | | 22562 | | 10/25/2022 | 11/17/2022 | USD | 58 | **1,350.00** |
| | | 22635 | | 10/25/2022 | 11/23/2022 | USD | 58 | **1,880.00** |
| | | 22721 | | 10/25/2022 | 11/21/2022 | USD | 58 | **2,950.00** |
| | | 22718 | | 10/26/2022 | 11/21/2022 | USD | 57 | **2,250.00** |
| | | 22639 | | 10/27/2022 | 11/23/2022 | USD | 56 | **1,880.00** |
| | | 22691 | | 10/27/2022 | 11/20/2022 | USD | 56 | **1,350.00** |
| | | 22728 | | 10/27/2022 | 11/24/2022 | USD | 56 | **2,250.00** |
| | | 22761 | | 10/27/2022 | 11/24/2022 | USD | 56 | **1,050.00** |
| | | 22579 | | 10/28/2022 | 11/24/2022 | USD | 55 | **3,595.00** |
| | | 22582 | | 10/28/2022 | 11/24/2022 | USD | 55 | **3,100.00** |
| | | 22638 | | 10/28/2022 | 11/23/2022 | USD | 55 | **1,880.00** |
| | | 22750 | | 10/28/2022 | 11/23/2022 | USD | 55 | **3,095.00** |

| | | 22692 | 10/30/2022 | 11/28/2022 | USD | 53 | **2,985.00** |
|---|---|---|---|---|---|---|---|
| | | 22863 | 10/30/2022 | 11/28/2022 | USD | 53 | **985.00** |
| | | 22864 | 10/30/2022 | 11/27/2022 | USD | 53 | **1,985.00** |
| | | 22807 | 10/30/2022 | 11/26/2022 | USD | 53 | **1,585.00** |
| | | 22543 | 10/31/2022 | 11/24/2022 | USD | 52 | **450.00** |
| | | 22788 | 10/31/2022 | 11/25/2022 | USD | 52 | **3,195.00** |
| | | 22742 | 10/31/2022 | 11/26/2022 | USD | 52 | **2,450.00** |
| | | 22743 | 10/31/2022 | 11/21/2022 | USD | 52 | **2,985.00** |
| | | 22779 | 10/31/2022 | 11/24/2022 | USD | 52 | **1,985.00** |
| | | 22803 | 10/31/2022 | 11/25/2022 | USD | 52 | **4,485.00** |
| | | 22848 | 10/31/2022 | 11/27/2022 | USD | 52 | **2,895.00** |
| | | 22519 | 10/31/2022 | 11/24/2022 | USD | 52 | **4,695.00** |
| | | 22544 | 10/31/2022 | 11/26/2022 | USD | 52 | **1,250.00** |
| | | 22569 | 10/31/2022 | 11/24/2022 | USD | 52 | **3,185.00** |
| | | 22572 | 10/31/2022 | 11/25/2022 | USD | 52 | **3,185.00** |
| | | 22575 | 10/31/2022 | 11/24/2022 | USD | 52 | **3,185.00** |
| | | 22577 | 10/31/2022 | 11/24/2022 | USD | 52 | **3,185.00** |
| | | 22581 | 10/31/2022 | 11/24/2022 | USD | 52 | **3,100.00** |
| | | 22583 | 10/31/2022 | 11/26/2022 | USD | 52 | **3,185.00** |
| | | 22589 | 10/31/2022 | 11/26/2022 | USD | 52 | **3,185.00** |
| | | 22594 | 10/31/2022 | 11/26/2022 | USD | 52 | **3,185.00** |
| | | 22600 | 10/31/2022 | 11/27/2022 | USD | 52 | **3,495.00** |
| | | 22710 | 10/31/2022 | 11/25/2022 | USD | 52 | **1,725.00** |
| | | 22574 | 10/31/2022 | 11/26/2022 | USD | 52 | **3,185.00** |
| | | 22578 | 10/31/2022 | 11/25/2022 | USD | 52 | **3,185.00** |
| | | 22542 | 10/31/2022 | 11/24/2022 | USD | 52 | **2,985.00** |
| | | 22567 | 10/31/2022 | 11/20/2022 | USD | 52 | **1,350.00** |
| | | 22573 | 10/31/2022 | 11/24/2022 | USD | 52 | **3,185.00** |
| | | 22588 | 10/31/2022 | 11/25/2022 | USD | 52 | **3,185.00** |
| | | 22637 | 10/31/2022 | 11/23/2022 | USD | 52 | **1,880.00** |
| | | 22817 | 10/31/2022 | 11/25/2022 | USD | 52 | **3,185.00** |
| | | 22518 | 10/31/2022 | 11/24/2022 | USD | 52 | **4,485.00** |
| | | 22571 | 10/31/2022 | 11/25/2022 | USD | 52 | **3,185.00** |
| | | 22585 | 10/31/2022 | 11/26/2022 | USD | 52 | **3,185.00** |
| | | 22590 | 10/31/2022 | 11/28/2022 | USD | 52 | **3,185.00** |
| | | 22592 | 10/31/2022 | 11/27/2022 | USD | 52 | **3,185.00** |
| | | 22599 | 10/31/2022 | 11/28/2022 | USD | 52 | **3,185.00** |
| | | 22741 | 10/31/2022 | 11/26/2022 | USD | 52 | **2,250.00** |
| | | 22586 | 11/1/2022 | 11/26/2022 | USD | 51 | **3,185.00** |
| | | 22591 | 11/1/2022 | 11/27/2022 | USD | 51 | **3,185.00** |
| | | 22739 | 11/1/2022 | 11/26/2022 | USD | 51 | **2,450.00** |
| | | 22858 | 11/1/2022 | 11/27/2022 | USD | 51 | **1,880.00** |
| | | 22839 | 11/2/2022 | 11/26/2022 | USD | 50 | **5,435.00** |
| | | 22789 | 11/3/2022 | 11/25/2022 | USD | 49 | **2,985.00** |
| | | 22800 | 11/3/2022 | 11/25/2022 | USD | 49 | **3,895.00** |
| | | 22877 | 11/3/2022 | 12/1/2022 | USD | 49 | **2,155.00** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | 22894 | 11/3/2022 | 12/2/2022 | USD | 49 | **1,250.00** |
| | | | 22896 | 11/3/2022 | 12/2/2022 | USD | 49 | **1,150.00** |
| | | | 22576 | 11/3/2022 | 11/26/2022 | USD | 49 | **3,185.00** |
| | | | 22587 | 11/3/2022 | 11/26/2022 | USD | 49 | **3,185.00** |
| | | | 22595 | 11/3/2022 | 11/30/2022 | USD | 49 | **3,185.00** |
| | | | 22643 | 11/3/2022 | 11/19/2022 | USD | 49 | **1,880.00** |
| | | | 22644 | 11/3/2022 | 11/19/2022 | USD | 49 | **1,880.00** |
| | | | 22645 | 11/3/2022 | 11/20/2022 | USD | 49 | **1,880.00** |
| | | | 22646 | 11/3/2022 | 11/19/2022 | USD | 49 | **1,880.00** |
| | | | 22695 | 11/3/2022 | 12/1/2022 | USD | 49 | **1,635.00** |
| | | | 22696 | 11/3/2022 | 12/1/2022 | USD | 49 | **3,185.00** |
| | | | 22729 | 11/3/2022 | 12/1/2022 | USD | 49 | **3,185.00** |
| | | | 22730 | 11/3/2022 | 12/1/2022 | USD | 49 | **3,185.00** |
| | | | 22731 | 11/3/2022 | 11/23/2022 | USD | 49 | **2,250.00** |
| | | | 22732 | 11/3/2022 | 12/1/2022 | USD | 49 | **3,185.00** |
| | | | 22733 | 11/3/2022 | 12/2/2022 | USD | 49 | **2,295.00** |
| | | | 22746 | 11/3/2022 | 11/23/2022 | USD | 49 | **1,880.00** |
| | | | 22747 | 11/3/2022 | 11/23/2022 | USD | 49 | **1,880.00** |
| | | | 22895 | 11/3/2022 | 12/2/2022 | USD | 49 | **1,350.00** |
| | | | 22433 | 11/3/2022 | 11/6/2022 | USD | 49 | **1,880.00** |
| | | | 22434 | 11/3/2022 | 11/6/2022 | USD | 49 | **1,880.00** |
| | | | 22436 | 11/3/2022 | 11/9/2022 | USD | 49 | **1,880.00** |
| | | | 22394 | 11/3/2022 | 11/3/2022 | USD | 49 | **2,250.00** |
| | | | 22580 | 11/4/2022 | 11/24/2022 | USD | 48 | **3,575.00** |
| | | | 22736 | 11/4/2022 | 12/2/2022 | USD | 48 | **3,185.00** |
| | | | 22738 | 11/4/2022 | 12/2/2022 | USD | 48 | **3,185.00** |
| | | | 22906 | 11/4/2022 | 12/3/2022 | USD | 48 | **3,185.00** |
| | | | 22641 | 11/4/2022 | 11/19/2022 | USD | 48 | **1,880.00** |
| | | | 22642 | 11/4/2022 | 11/20/2022 | USD | 48 | **2,880.00** |
| | | | 22909 | 11/4/2022 | 12/3/2022 | USD | 48 | **3,185.00** |
| | | | 22740 | 11/4/2022 | 11/27/2022 | USD | 48 | **3,345.00** |
| | | | 22891 | 11/7/2022 | 12/4/2022 | USD | 45 | **1,420.00** |
| | | | 22911 | 11/7/2022 | 12/3/2022 | USD | 45 | **3,155.00** |
| | | | 22805 | 11/7/2022 | 11/26/2022 | USD | 45 | **4,485.00** |
| | | | 22887 | 11/7/2022 | 12/3/2022 | USD | 45 | **2,985.00** |
| | | | 22900 | 11/7/2022 | 12/3/2022 | USD | 45 | **2,450.00** |
| | | | 22907 | 11/7/2022 | 12/3/2022 | USD | 45 | **3,185.00** |
| | | | 22924 | 11/7/2022 | 12/4/2022 | USD | 45 | **1,000.00** |
| | | | 22874 | 11/9/2022 | 12/1/2022 | USD | 43 | **3,185.00** |
| | | | 22933 | 11/9/2022 | 12/4/2022 | USD | 43 | **2,000.00** |
| | | | 22955 | 11/9/2022 | 12/8/2022 | USD | 43 | **3,185.00** |
| | | | 22167 | 11/9/2022 | 10/16/2022 | USD | 43 | **1,880.00** |
| | | | 22597 | 11/9/2022 | 11/26/2022 | USD | 43 | **3,185.00** |
| | | | 22568 | 11/9/2022 | 11/30/2022 | USD | 43 | **2,915.00** |
| | | | 22584 | 11/11/2022 | 11/25/2022 | USD | 41 | **3,185.00** |
| | | | 22861 | 11/11/2022 | 11/27/2022 | USD | 41 | **3,185.00** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 22985 | 11/11/2022 | 12/9/2022 | USD | 41 | **2,565.00** |
| | | 22986 | 11/11/2022 | 12/9/2022 | USD | 41 | **3,195.00** |
| | | 22998 | 11/14/2022 | 12/10/2022 | USD | 38 | **1,495.00** |
| | | 23015 | 11/14/2022 | 12/11/2022 | USD | 38 | **2,175.00** |
| | | 22961 | 11/14/2022 | 12/8/2022 | USD | 38 | **3,795.00** |
| | | 22963 | 11/14/2022 | 12/8/2022 | USD | 38 | **3,265.00** |
| | | 22993 | 11/14/2022 | 12/9/2022 | USD | 38 | **1,485.00** |
| | | 23000 | 11/14/2022 | 12/10/2022 | USD | 38 | **2,685.00** |
| | | 23010 | 11/14/2022 | 12/10/2022 | USD | 38 | **2,985.00** |
| | | 23028 | 11/14/2022 | 12/11/2022 | USD | 38 | **750.00** |
| | | 23042 | 11/15/2022 | 12/14/2022 | USD | 37 | **1,685.00** |
| | | 23012 | 11/15/2022 | 12/11/2022 | USD | 37 | **1,765.00** |
| | | 23043 | 11/15/2022 | 12/14/2022 | USD | 37 | **1,050.00** |
| | | 23060 | 11/15/2022 | 12/14/2022 | USD | 37 | **1,415.00** |
| | | 23066 | 11/16/2022 | 12/14/2022 | USD | 36 | **995.00** |
| | | 23031 | 11/16/2022 | 12/12/2022 | USD | 36 | **3,185.00** |
| | | 23011 | 11/16/2022 | 12/11/2022 | USD | 36 | **2,695.00** |
| | | 23034 | 11/16/2022 | 12/12/2022 | USD | 36 | **1,765.00** |
| | | 23077 | 11/16/2022 | 12/15/2022 | USD | 36 | **1,175.00** |
| | | 23112 | 11/16/2022 | 12/15/2022 | USD | 36 | **1,245.00** |
| | | 22806 R4 | 11/16/2022 | 11/26/2022 | USD | 36 | **900.00** |
| | | 23064 | 11/16/2022 | 12/14/2022 | USD | 36 | **3,195.00** |
| | | 23079 | 11/16/2022 | 12/15/2022 | USD | 36 | **2,185.00** |
| | | 23023 | 11/16/2022 | 12/13/2022 | USD | 36 | **3,195.00** |
| | | 22929 | 11/16/2022 | 12/4/2022 | USD | 36 | **2,565.00** |
| | | 22994 | 11/16/2022 | 12/9/2022 | USD | 36 | **1,250.00** |
| | | 22890 R2 | 11/17/2022 | 12/4/2022 | USD | 35 | **2,400.00** |
| | | 22984 | 11/17/2022 | 12/9/2022 | USD | 35 | **2,400.00** |
| | | 22949 | 11/17/2022 | 12/7/2022 | USD | 35 | **3,350.00** |
| | | 22983 | 11/17/2022 | 12/9/2022 | USD | 35 | **2,495.00** |
| | | 22593 | 11/17/2022 | 11/27/2022 | USD | 35 | **3,185.00** |
| | | 22724 | 11/17/2022 | 11/21/2022 | USD | 35 | **1,100.00** |
| | | 23001 | 11/17/2022 | 12/15/2022 | USD | 35 | **1,395.00** |
| | | 23051 | 11/17/2022 | 12/14/2022 | USD | 35 | **1,250.00** |
| | | 23065 | 11/17/2022 | 12/14/2022 | USD | 35 | **2,785.00** |
| | | 22270 | 11/17/2022 | 11/16/2022 | USD | 35 | **7,690.00** |
| | | 23050 | 11/18/2022 | 12/14/2022 | USD | 34 | **1,665.00** |
| | | 23122 | 11/18/2022 | 12/16/2022 | USD | 34 | **2,075.00** |
| | | 22737 | 11/18/2022 | 12/2/2022 | USD | 34 | **3,250.00** |
| | | 23073 | 11/18/2022 | 12/15/2022 | USD | 34 | **3,250.00** |
| | | 23143 | 11/18/2022 | 12/17/2022 | USD | 34 | **2,195.00** |
| | | 23145 | 11/18/2022 | 12/17/2022 | USD | 34 | **1,795.00** |
| | | 22734 | 11/21/2022 | 12/3/2022 | USD | 31 | **3,245.00** |
| | | 23070 | 11/21/2022 | 12/15/2022 | USD | 31 | **5,585.00** |
| | | 23081 | 11/21/2022 | 12/18/2022 | USD | 31 | **2,495.00** |
| | | 23119 | 11/21/2022 | 12/16/2022 | USD | 31 | **2,985.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 23154 | 11/21/2022 | 12/17/2022 | USD | 31 | **1,950.00** |
| | | 23158 | 11/21/2022 | 12/18/2022 | USD | 31 | **950.00** |
| | | 22735 | 11/21/2022 | 12/3/2022 | USD | 31 | **3,150.00** |
| | | 23163 | 11/21/2022 | 12/20/2022 | USD | 31 | **1,550.00** |
| | | 23164 | 11/22/2022 | 12/21/2022 | USD | 30 | **2,985.00** |
| | | 23083 | 11/22/2022 | 12/21/2022 | USD | 30 | **2,450.00** |
| | | 23082 | 11/22/2022 | 12/21/2022 | USD | 30 | **2,500.00** |
| | | 23111 | 11/23/2022 | 12/16/2022 | USD | 29 | **5,495.00** |
| | | 23080 | 11/23/2022 | 12/18/2022 | USD | 29 | **2,450.00** |
| | | 23086 | 11/23/2022 | 12/22/2022 | USD | 29 | **2,450.00** |
| | | 23101 | 11/23/2022 | 12/22/2022 | USD | 29 | **2,145.00** |
| | | 23170 | 11/23/2022 | 12/21/2022 | USD | 29 | **1,850.00** |
| | | 23097 | 11/23/2022 | 12/22/2022 | USD | 29 | **2,450.00** |
| | | 23099 | 11/23/2022 | 12/22/2022 | USD | 29 | **2,450.00** |
| | | 23084 | 11/28/2022 | 12/22/2022 | USD | 24 | **2,450.00** |
| | | 23085 | 11/28/2022 | 12/22/2022 | USD | 24 | **2,450.00** |
| | | 23087 | 11/28/2022 | 12/22/2022 | USD | 24 | **1,950.00** |
| | | 23092 | 11/28/2022 | 12/25/2022 | USD | 24 | **1,085.00** |
| | | 23093 | 11/28/2022 | 12/23/2022 | USD | 24 | **1,150.00** |
| | | 23094 | 11/28/2022 | 12/23/2022 | USD | 24 | **2,450.00** |
| | | 23098 | 11/28/2022 | 12/22/2022 | USD | 24 | **2,450.00** |
| | | 23102 | 11/28/2022 | 12/22/2022 | USD | 24 | **2,450.00** |
| | | 23103 | 11/28/2022 | 12/22/2022 | USD | 24 | **2,450.00** |
| | | 23195 | 11/28/2022 | 12/22/2022 | USD | 24 | **3,950.00** |
| | | 23100 | 11/28/2022 | 12/23/2022 | USD | 24 | **350.00** |
| | | 23096 | 11/29/2022 | 12/23/2022 | USD | 23 | **350.00** |
| | | 23088 | 11/29/2022 | 12/28/2022 | USD | 23 | **985.00** |
| | | 23089 | 11/29/2022 | 12/28/2022 | USD | 23 | **1,350.00** |
| | | 23090 | 11/29/2022 | 12/28/2022 | USD | 23 | **1,000.00** |
| | | 22964 | 11/30/2022 | 12/9/2022 | USD | 22 | **2,385.00** |
| | | 23095 | 11/30/2022 | 12/23/2022 | USD | 22 | **2,450.00** |
| | | 23261 | 11/30/2022 | 12/29/2022 | USD | 22 | **650.00** |
| | | 23327 | 12/5/2022 | 1/1/2023 | USD | 17 | **4,200.00** |
| | | 23328 | 12/5/2022 | 1/1/2023 | USD | 17 | **950.00** |
| | | 23091 | 12/5/2022 | 12/29/2022 | USD | 17 | **4,945.00** |
| | | 23282 | 12/5/2022 | 12/30/2022 | USD | 17 | **695.00** |
| | | 23308 | 12/5/2022 | 12/31/2022 | USD | 17 | **1,250.00** |
| | | 23258 | 12/5/2022 | 12/29/2022 | USD | 17 | **3,450.00** |
| | | 23281 | 12/6/2022 | 12/31/2022 | USD | 16 | **1,895.00** |
| | | 23144 | 12/6/2022 | 12/17/2022 | USD | 16 | **2,185.00** |
| | | 23030 | 12/7/2022 | 12/16/2022 | USD | 15 | **15,085.00** |
| | | 23355 | 12/7/2022 | 1/5/2023 | USD | 15 | **675.00** |
| | | 22172 | 12/7/2022 | 10/20/2022 | USD | 15 | **9,105.00** |
| | | 22831 | 12/7/2022 | 12/1/2022 | USD | 15 | **7,865.00** |
| | | 22865 | 12/7/2022 | 12/7/2022 | USD | 15 | **7,865.00** |
| | | 22953 | 12/7/2022 | 12/10/2022 | USD | 15 | **7,865.00** |

| | | 22962 | 12/7/2022 | 12/12/2022 | USD | 15 | **7,865.00** |
|---|---|---|---|---|---|---|---|
| | | 23029 | 12/7/2022 | 12/14/2022 | USD | 15 | **13,695.00** |
| | | 23377 | 12/9/2022 | 1/7/2023 | USD | 13 | **1,400.00** |
| | | 23378 | 12/9/2022 | 1/7/2023 | USD | 13 | **1,950.00** |
| | | 23481 | 12/20/2022 | 1/16/2023 | USD | 2 | **2,695.00** |
| | | 23482 | 12/20/2022 | 1/16/2023 | USD | 2 | **3,200.00** |
| **Total for C-06413** | | | | | | | **696,512.50** |