# **Exhibit C**



John C. Gentile
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801-6101
Direct Dial:  302.442.7071
Fax:  302.442.7012
jgentile@beneschlaw.com



January 9, 2023

**<u>Via FedEx Overnight and E-Mail</u>**
Artistic Holiday Designs, LLC
4417 SE 16th PL Unit 13
Cape Coral, FL 33904
Attn: Derek Norwood
derekn@artisticholidaydesigns.com

**<u>Via FedEx Overnight</u>**
Corporation Service Company
c/o Artistic Holiday Designs, LLC
1201 Hays Street
Tallahassee, FL 32301

Re:     *OL USA, LLC v. Artistic Holiday Designs, LLC*;
         **Amount Due: $1,179,150.37**
         **DEMAND FOR IMMEDIATE PAYMENT**

Dear Mr. Norwood:

As you are aware, Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch") represents OL USA, LLC ("OL") in connection with its claim (the "Claim") for payment of charges totaling $1,179,150.37 (the "Arrears") from Artistic Holiday Designs, LLC ("Artistic").

On December 22, 2022, Benesch, on behalf of OL, sent a letter demanding that Artistic satisfy the Arrears by December 30, 2022 (the "Demand").  OL has received no response to the Demand.

To that end, OL, in an effort to resolve this matter without further litigation, **DEMANDS** that Artistic transfer the Arrears to OL via the enclosed wire instructions herein by close of business on **<u>January 11, 2023</u>** (the "Final Demand").  If Artistic does not timely satisfy the Final Demand, OL is prepared to protect its legal rights and remedies, including by instituting a civil action against Artistic as shown in the enclosed draft complaint (the "Draft Complaint").

To the extent you are represented by counsel, please forward this letter on and direct him or her to respond on your behalf.  Should you, or your counsel if you are represented, have any questions or would like to discuss, please have your counsel contact the undersigned.

OL expressly reserves all rights and waives none.

Artistic Holiday Designs, LLC
January 9, 2023
Page 2

I look forward to resolving this claim.

BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP

John C. Gentile

Enc.

cc:    Kevin M. Capuzzi, Esq. (via e-mail)
       Angel Espinoza (via e-mail)